COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Alyssa Pullen v. State of Texas

Appellate case number:    01-13-00259-CR

Trial court case number:   1817849

Trial court:             County Court at Law No. 4 of Harris County

Date motion filed:      October 10, 2014

Party filing motion:    Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.

Judge's signature: /s/ Terry Jennings
                         Acting for the Court the En Banc Court*

Date: November 20, 2014

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.